1

**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION

2   Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794

3   350 University Ave., Suite 200
Sacramento, California 95825

4   TEL: 916.929.1481
FAX: 916.927.3706

5

6   Attorneys for Defendants COUNTY OF STANISLAUS
and STEVE JACOBSEN

7

8

9                           **UNITED STATES DISTRICT COURT**

                            **EASTERN DISTRICT OF CALIFORNIA**

10

11

12   FRANK C. CARSON                          Case No.: 1:10-CV-02133-OWW-SMS

                Plaintiff,                    **ORDER ON THE MOTION TO**
13                                            **DISMISS OF DEFENDANTS COUNTY**
     vs.                                      **OF STANISLAUS AND STEVEN**
14                                            **JACOBSEN**
     COUNTY OF STANISLAUS, STEVEN
15   JACOBSEN,

16              Defendants.
     _____/

17

18

19        The Motion to Dismiss filed by Defendants COUNTY OF STANISLAUS and STEVE

20   JACOBSEN ("Defendants") was fully briefed and the matter was heard on March 7, 2011. Frear

21   Stephen Schmid appeared on behalf of Plaintiff Frank C. Carson. Terence J. Cassidy of Porter Scott

22   appeared on behalf of Defendants.  After hearing oral arguments and taking the matter under

23   submission, the District Court ruled on the motion on April 20, 2011.  A true and correct copy of that

24   ruling is attached hereto as Exhibit A.

25        Good cause appearing therefor:

26        IT IS HEREBY ORDERED that Defendants' motion to dismiss Plaintiff's claim for violation

27   of his due process rights under the Fifth and Fourteenth Amendments be GRANTED and the claim

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1

**ORDER ON THE MOTION TO DISMISS OF DEFENDANTS**
**COUNTY OF STANISLAUS AND STEVEN JACOBSEN**

00887449.WPD

1   is dismissed with prejudice;

2        IT IS FURTHER ORDERED that Defendants' motion to dismiss Plaintiff's claim for

3   violation of his rights under the First Amendment also be GRANTED and the claim is dismissed

4   with prejudice;

5        IT IS FURTHER ORDERED that Defendants' motion to dismiss Plaintiff's claim for

6   violation of his rights under the Fourth Amendment be GRANTED and the claim is dismissed

7   without prejudice.

8        Plaintiff shall have fifteen (15) days from the filing of the ruling on April 20, 2011, within

9   which to file an Amended Complaint; Defendants thereafter shall have fifteen (15) days to file a

10  response to any Amended Complaint.

11

12

13

14

15

16

17

18

19

20                              IT IS SO ORDERED.

21  **Dated:    June 16, 2011**                  **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

2

**ORDER ON THE MOTION TO DISMISS OF DEFENDANTS
COUNTY OF STANISLAUS AND STEVEN JACOBSEN**

00887449.WPD