**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF STANISLAUS
and STEVE JACOBSEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK C. CARSON<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF STANISLAUS, STEVEN JACOBSEN,<br><br>    Defendants.<br>_____/ | Case No.: 1:10-CV-02133-OWW-SMS<br><br>**ORDER ON THE MOTION TO DISMISS FIRST AMENDED COMPLAINT BY DEFENDANTS COUNTY OF STANISLAUS AND STEVEN JACOBSEN** |

The Motion to Dismiss Plaintiff's First Amended Complaint, filed by Defendants COUNTY OF STANISLAUS and STEVE JACOBSEN ("Defendants") was fully briefed and the matter was heard on August 22, 2011. Frear Stephen Schmid appeared by telephone on behalf of Plaintiff Frank C. Carson. Terence J. Cassidy of Porter Scott appeared on behalf of Defendants. After hearing oral arguments and taking the matter under submission, the District Court issued its written ruling granting the motion on August 29, 2011. A true and correct copy of that ruling is attached hereto as Exhibit A and incorporated by reference as though fully set forth herein.

Good cause appearing therefor:

IT IS HEREBY ORDERED that Defendants County of Stanislaus and Steve Jacobsen's Motion to Dismiss be and the same hereby is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's federal claims are dismissed with prejudice and plaintiff's state law claims are dismissed without prejudice on the grounds that the Court declines

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

ORDER ON THE MOTION TO DISMISS FIRST AMENDED COMPLAINT
00934403.WPD

1  to exercise supplemental jurisdiction over those claims as there is no federal interest remaining in
2  this lawsuit. 28 U.S.C. 1367 (c).
3      IT IS THEREFORE ORDERED that the Clerk of the Court be and the same hereby is
4  directed to enter Judgment in favor of defendants with respect to the federal law claims.
5   IT IS SO ORDERED.
6  Dated:   September 8, 2011              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

2
ORDER ON THE MOTION TO DISMISS FIRST AMENDED COMPLAINT
00934403.WPD